```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE A00-0171--CR (JWS)
                        "USA V KITO JUSTUS SALIM LUCKETT"
                         DEF 1.1 LUCKETT, KITO JUSTUS SALIM

        In public format, including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 11/15/00
            Closed: 06/04/01
No. of Defendants: 1
    MJ Case Number:
               AKA:
   Location status: U.S. Custody
        Trial date:
        Terminated: YES
 Needs interpreter: NO
 Counsel of record: Bruce L. Brown
                    Public Defender Agency
                    268 E. Fireweed Avenue
                    Palmer, AK 99645
                    907-761-3817
                    FAX 907-746-5163
                    Serve: YES
                     Type: CJA
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Stephan A. Collins
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    FAX 907-271-1500
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 LUCKETT, KITO JUSTUS SALIM
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:841(a)(1) & (b)(1)(B) DISTRIBUTION OF CONTROLLED SUBSTANCES (F) | Dismissed (60-1) |
| 1 - 1 IND | 2 | 21:841(a)(1) & (b)(1)(C) DISTRIBUTION OF CONTROLLED SUBSTANCES (F) | Sentenced (60-1) |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A00-0171--CR (JWS)
                          "USA V KITO JUSTUS SALIM LUCKETT"

                         In public format, for all filing dates
```

```
  Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
            Filed: 11/15/00
           Closed: 06/04/01
No. of Defendants: 1
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 11/15/00 | [Re: DEF 1] PLF 1 Indictment. |
| NOTE - | 1 | 11/16/00 | [Re: DEF 1] Issued WOA. |
| 2 - | 1 | 11/16/00 | [Re: DEF 1] JDR Grand Jury Minutes re Indt secret; WOA to be issued; no bail set. |
| NOTE - | 2 | 12/04/00 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 12/01/00. |
| NOTE - | 3 | 12/04/00 | Issued: Proposed Trial Date Setting to cmc for Judge Sedwick. |
| 3 - | 1 | 12/06/00 | [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton] re Arr on Indt (held 12/5/00); S. Tatter appeared; re status of cnsl hrg set for 12/8/00 at 2:30 p.m.; hrg continued 12/8/00 at 2;30 p.m.; def detained; detention set for 12/8/00 at 2:30 p.m.; crt reset cont arr/status of cnsl/detent hrg from 12/8/00 at 2:30 p.m. to 12/8/00 at 2:00 p.m. cc: USA, |
| 4 - | 1 | 12/06/00 | [Re: DEF 1] JDR Order of Detention Pending hrg set for 12/8/00 at 2:00 p.m. cc: USA, USM, USPO |
| 5 - | 1 | 12/07/00 | USM [Re: DEF 1] Return of WOA executed 12/01/00. |
| NOTE - | 4 | 12/11/00 | Issued: Speedy Trial Notice to Judge Sedwick. cc: Pam Richter |
| 6 - | 1 | 12/11/00 | [Re: DEF 1] JDR Court Minutes [ECR: Dan Maus] re Cont Arr/Detention/Status of Cnsl hrg (held 12/8/00); Bruce Brown apptd; def pled not guilty; def detained; detention hrg set for 12/12/00 at 10:00 a.m.; PTM's due 12/29/00. cc: USA, B. Brown, USM, USPO |
| 7 - | 1 | 12/11/00 | [Re: DEF 1] Financial Affidavit. |
| 8 - | 1 | 12/11/00 | [Re: DEF 1] JDR Order regarding preparation for trial re PTM's due 12/29/00; cnsl to meet & confer by 12/12/00. cc: USA, B. Brown |
| 9 - | 1 | 12/12/00 | [Re: DEF 1] JWS Minute Order setting TBJ for 9:00 a.m., 2/12/01; FPTC set 8:30 a.m., 2/12/01.  cc: USA, B. Brown, USM, PO, MJ Roberts, JC |
| 9A- | 1 | 12/12/00 | DEF 1 CJA appointment of B. Brown. |
| 10 - | 1 | 12/13/00 | [Re: DEF 1] JDR Court Minutes [ECR: Bonnie Boyer] re Cont Detention hrg (held 12/12/00); crt denied bail proposal; def detained. cc: USA, B. Brown, USM, USPO |
| 11 - | 1 | 12/13/00 | [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, B. Brown, USM, USPO |
| 12 - | 1 | 12/20/00 | [Re: DEF 1] PLF 1 discovery conf cert. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A00-0171--CR (JWS)
                       "USA V KITO JUSTUS SALIM LUCKETT"

                        In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 13 - | 1 | 12/21/00 | DEF 1 motion for detention hearing for 12/22/00 w/att aff. |
| 13 - | 2 | 12/21/00 | DEF 1 motion for shortened time re: Motion for detention hrg (13-1) w/att aff. |
| 14 - | 1 | 12/21/00 | [Re: DEF 1] JDR Minute Order granting motion for detention hearing for 12/22/00 (13-1), motion for shortened time re: Motion for detention hrg (13-2); Bail Review hrg set for 12/22/00 at 4:00 p.m. cc: USA, B. Brown, USM, USPO |
| 15 - | 1 | 12/27/00 | [Re: DEF 1] JDR Court Minutes [ECR: Denali Elmore/Linda Christensen] re Bail Review hrg (held 12/22/00); cont bail hrg set for 12/26/00 at 2:00 p.m. cc: USA, B. Brown, USM, USPO |
| 16 - | 1 | 12/27/00 | [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton] re Cont Bail Revie hrg (held 12/26/00); request for release withdrawn. cc: USA, B. Brown, USM, USPO |
| 17 - | 1 | 12/29/00 | DEF 1 motion for discovery per Fed.R.Crim.P.16. |
| 18 - | 1 | 01/03/01 | DEF 1 motion for bail hearing. |
| 18 - | 2 | 01/03/01 | DEF 1 motion for telephonic witness participation. |
| 19 - | 1 | 01/04/01 | [Re: DEF 1] JDR Minute Order granting motion for bail hearing (18-1), motion for telephonic witness participation (18-2); Bail Review hrg set for 1/9/01 at 3:30 p.m. cc: USA, B. Brown, USM, USPO |
| 20 - | 1 | 01/05/01 | [Re: DEF 1] PLF 1 response to DEF 1 motion for discovery per Fed.R.Crim.P.16. (17-1). |
| 21 - | 1 | 01/10/01 | [Re: DEF 1] JDR Court Minutes [ECR: Denali Elmore/Linda Christensen] re Bail Review hrg (held 1/9/01); def's detention continued. cc: USA, B. Brown, USM, USPO |
| 22 - | 1 | 01/10/01 | DEF 1 motion for withdrawal of counsel. |
| 23 - | 1 | 01/12/01 | [Re: DEF 1] JDR Minute Order re hrg on def's mot for withdrawal of cnsl (22-1) set for 1/16/01 at 11:00 a.m. cc: USA, B. Brown, USM, USPO |
| 24 - | 1 | 01/12/01 | [Re: DEF 1] JDR Order granting/denying motion for discovery per Fed.R.Crim.P.16 (17-1). cc: USA, B. Brown |
| 25 - | 1 | 01/16/01 | DEF 1 motion for bail hearing. |
| 26 - | 1 | 01/17/01 | {SEALED} |
| 27 - | 1 | 01/17/01 | [Re: DEF 1] JDR Minute Order granting motion for bail hearing (25-1); Bail Review Hrg set for 1/18/01 at 2:00 p.m. cc: USA, B. Brown, USM, USPO |
| 28 - | 1 | 01/18/01 | [Re: DEF 1] PLF 1 Attorney Appearance of D. Cooper. |
| 29 - | 1 | 01/18/01 | DEF 1 Errata re: DEF 1 motion for discovery per Fed.R.Crim.P.16 (17-1) w/att exh. |

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET ENTRIES FOR CASE A00-0171--CR (JWS)
                      "USA V KITO JUSTUS SALIM LUCKETT"

                    In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 29 - | 2 | 01/18/01 | DEF 1 motion (request) for redacted order w/att exh. |
| 30 - | 1 | 01/19/01 | [Re: DEF 1] Order setting conditions of release re bond set at $7,500. unsecured. cc: USA, B. Brown, USM, USPO |
| 31 - | 1 | 01/19/01 | [Re: DEF 1] Appearance bond of $7,500. unsecured. |
| 32 - | 1 | 01/19/01 | [Re: DEF 1] JDR Order of Release. (def released 1/18/01). cc; USA, B. Brown, USM, USPO |
| 33 - | 1 | 01/19/01 | [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] re Bail Review hrg (held 1/18/01); crt accepted Ms. Watkins as employer & alternate 3rd-party custodian; Bond set at $7,500. unsecured; def released. w/atch witness list. cc: USA, B. Brown, USM, USPO |
| 34 - | 1 | 01/19/01 | [Re: DEF 1] JDR Minute Order re opp to def's motion to correct (29-1) due 1/22/01. cc: USA, B. Brown |
| 35 - | 1 | 01/25/01 | [Re: DEF 1] JDR Order granting motion (request) for redacted order (29-2); Clerk to attach page 7 to the motion for dscvy, dated 12/29/00; Govt's oppo to the dscvy requests found on pg 7 due w/in 3 days. cc: USA, B. Brown |
| 36 - | 1 | 01/29/01 | [Re: DEF 1] JDR Order of excludable delay re #13, 12/21/00 to 12/21/00 for 1 day (code E). |
| 37 - | 1 | 01/29/01 | [Re: DEF 1] JDR Order of excludable delay re #22, 1/10/01 to 1/17/01 for 8 days (code E). |
| 38 - | 1 | 01/29/01 | [Re: DEF 1] JDR Order of excludable delay re #29, 1/18/01 to 1/25/01 for 8 days (code E). |
| 39 - | 1 | 02/02/01 | DEF 1 Proposed Jury Instructions. |
| 40 - | 1 | 02/02/01 | DEF 1 Trial Brief. |
| 41 - | 1 | 02/02/01 | DEF 1 Proposed Voir Dire. |
| 42 - | 1 | 02/05/01 | [Re: DEF 1] PLF 1 Plea Agreement. |
| 43 - | 1 | 02/06/01 | [Re: DEF 1] JWS Minute Order that TBJ had been set for 2/12/01 is RESCHEDULED for a PCOP hrg on 2/7/01 at 8:30 am. cc: USA, B. Brown, PO, USM, MJ Roberts |
| 44 - | 1 | 02/07/01 | [Re: DEF 1] JWS Court Minutes [ECR: Pam Richter] PCOP Hrg (held 2/7/01) def pled guilty on Ct 2; IOS set for 4/18/01 at 8am; crt vacated 2/12/01 FPTC & TBJ; crt/cnsl hrd re: remand of def to custody of USM, crt determined def may remain on bond under the existing conditions plus additional condition that def continue to provide transpration of his father for dialysis. cc: USA, B. Brown, USM, PO, MJ Roberts, JC |
| 45 - | 1 | 02/08/01 | [Re: DEF 1] JWS Minute Order that IOS set 8:00 a.m., 4/18/01 is rescheduled to 9:00 a.m., 4/18/01.  cc: USA, B. Brown, USM, PO |
| 46 - | 1 | 04/11/01 | DEF 1 Sentencing Memorandum . |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A00-0171--CR (JWS)
                       "USA V KITO JUSTUS SALIM LUCKETT"

                    In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 47 - | 1 | 04/13/01 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 48 - | 1 | 04/19/01 | [Re: DEF 1] JWS Court Minutes [ECR: Linda Christensen] re: IOS held 4/18/01; crt did not accept plea agreement; govt to file brf by 5/4/01; def to file oppo by 5/14/01; reply due 5/23/01; crt to reconsider acceptance of plea agreement following review of brf; IOS cont. cc: USA, B. Brown, USM, USPO, MJ Roberts |
| 49 - | 1 | 04/19/01 | [Re: DEF 1] JWS Minute Order that plf's brf re: Apprendi due 5/4/01; def oppo due 5/14/01; plf reply due 5/23/01; cont IOS or stat conf will be set following decision on Apprendi issues. cc: USA, B. Brown, USM, USPO, MJ Roberts |
| 50 - | 1 | 04/24/01 | [Re: DEF 1] PLF 1 Attorney Appearance of S. Collins (AUSA). |
| 51 - | 1 | 05/04/01 | [Re: DEF 1] PLF 1 motion memorandum on the court's authority to apprendi. |
| 52 - | 1 | 05/11/01 | DEF 1 opposition to [Re: DEF 1] PLF 1 motion/memo on the court's authority re: apprendi (51-1). |
| NOTE - | 5 | 05/23/01 | [Re: DEF 1] Issued WOA re: violation of crt's release conditions. |
| 53 - | 1 | 05/23/01 | [Re: DEF 1] PLF 1 motion expedited for issuance of arrest warrant for violation of release conditions pending imposition of sentence. |
| 53 - | 2 | 05/23/01 | [Re: DEF 1] PLF 1 motion to revoke release conditions. |
| 54 - | 1 | 05/23/01 | [Re: DEF 1] JWS Order granting motion expedited for issuance of arrest warrant for violation of release conditions (53-1); bail review hrg to be set at a time reasonably soon after def's arrest. cc: USA, B. Brown, USM, USPO |
| 55 - | 1 | 05/23/01 | [Re: DEF 1] PLF 1 reply to response to PLF 1 memo on the crt's authority to apprendi (51-1). |
| NOTE - | 6 | 05/24/01 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 5/24/01. |
| 56 - | 1 | 05/25/01 | JWS Order granting memorandum on the court's authority re Apprendi (51-1); crt accepts plea agreement; IOS set 6/1/01 at 8:00 a.m.. cc: USA, B. Brown, USM, USPO, MJ Roberts |
| 57 - | 1 | 05/29/01 | [Re: DEF 1] JDR Court Minutes [ECR: Denali Elmore] re I/A on violation of cond's of release (held 5/25/01); govt's motion to revoke release cond's granted (53-2); def detained pending any request for detention hrg. cc: USA, B. Brown, USM, USPO |
| 58 - | 1 | 05/29/01 | [Re: DEF 1] JDR Order of Detention Pending Hearing to be requested by defense counsel. cc: USA, B. Brown, USM, USPO |
| 59 - | 1 | 05/30/01 | [Re: DEF 1] Return of WOA executed 5/24/01. |
| 60 - | 1 | 06/04/01 | [Re: DEF 1] JWS Judgment dismissed or Other count(s) 1 of the Indictment (1-1); pleaded guilty to count(s) 2 of the Indictment (1-1); sent 57 months; s/r 36 months; s/a $100. cc: USA, USM, PO, B. Brown, def (by cnsl), FLU, MJ Roberts |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A00-0171--CR (JWS)
                            "USA V KITO JUSTUS SALIM LUCKETT"

                         In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 61 - 1 | 06/04/01 | [Re: DEF 1] JWS Court Minutes [ECR: Bonnie Boyer] IOS, held 6/1/01; sent 57 months, s/r 36 months; s/a $100; ct 1 dismissed; w/att exh/witness list, letters |
| 62 - 1 | 06/14/01 | {SEALED} |
| 62 - 2 | 06/18/01 | {SEALED} |
| 63 - 1 | 07/02/01 | [Re: DEF 1] Partial Transcript re: IOS held 6/1/01. |
| 64 - 1 | 10/25/05 | [Re: DEF 1] JWS Order and petition for SR modif; def to refrain from unlawful use of controlled substances & to submit to drug testing. cc: USPO |