

**United States Department of Justice**
*United States Marshals Service*
*District of Alaska*

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To: US District Court
US Attorney
US Probation
US FPD

From: Randy M. Johnson
United States Marshal
District of Alaska

INRE: **PRISONER IN FEDERAL CUSTODY**

| | |
|---|---|
| NAME: | LUCKETT, Kito |
| DATE OF BIRTH: | 3/11/79 |
| CHARGE: | Probation Violation |
| CASE NUMBER: | A00-171 CR (JWS) |
| PLACE HELD: | Wildwood CC |
| DATE OF ARREST: | 7/31/06 |
| TIME OF ARREST: | |
| PLACE ARRESTED: | Wildwood CC |
| ARRESTED BY: | USMS |

REMARKS: The USMS has just been notified that LUCKETT is finished with his State time and is now in USMS custody in Kenai. We are making arrangements for him to be returned to Anchorage as soon as possible and will notify the court immediately.

BOOKED IN ENGLISH: YES  x   NO

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John Olson or SDUSM Stacy Melton AT (907) 271-5154. THANK YOU.