RECEIVED
U.S. MARSHALS SERVICE
ALASKA

RECEIVED
FEB 22 AUG 10:32 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

ORIGINAL

# United States District Court
## for the
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number: A00-171 CR (JWS) |
| ) | |
| vs. ) | **WARRANT FOR ARREST** |
| ) | SEALED |
| Kito Justus Salim Luckett ) | |

TO: The United States Marshal
and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest Kito Justus Salim Luckett and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with two violations of his term of supervised release.

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge

2-20-06
Date

---

| RETURN OF SERVICE | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: | | |
| RL TO USMS DETAINOR @ WILDWOOD PRETRIAL | | |
| Date Received: 2/22/2006 | Name and title of arresting officer: | Signature of arresting officer: |
| Date of Arrest: 7/31/2006 | SWAY MARTIN SOUSA | |