```
           MINUTES OF THE UNITED STATES DISTRICT COURT
                      DISTRICT OF ALASKA
```

U.S.A. vs___KITO LUCKETT_____CASE NO.___3:00-CR-00171-JWS_____
Defendant: X Present   X In Custody

BEFORE THE HONORABLE      JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:    CAROLINE EDMISTON

UNITED STATES ATTORNEY:   STEPHAN COLLINS

DEFENDANT'S ATTORNEY:     KEVIN MCCOY, APPOINTED

U.S.P.O.:                 TRAVIS LYONS

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE Held 08/08/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:32 p.m. court convened.

 X Copy of Petition to Revoke Supervised Release given to defendant: read.

 X Defendant sworn.

 X Defendant advised of general rights, charges and penalties.

 X Defendant states true name:   Same as above.

 X Financial Affidavit filed.  Federal Public Defender accepted appointment.  FPD notified.

 X PLEAS: Defendant DENIED Allegations 1 & 2 of the Petition to Revoke Supervised Release.

 X Consent to be filed on or before close of business **Wednesday, August 9, 2006** or case shall be transferred to U.S. District Judge.

 X Defendant detained; Order of Detention Pending Trial FILED.

 X OTHER: Court and counsel heard re defendant's oral motion to release the defendant to a half-way house with conditions; DENIED.

At 1:48 p.m. court adjourned.

DATE:    August 8, 2006        DEPUTY CLERK'S INITIALS:    CE