Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>KITO LUCKETT,<br><br>                Defendant. | Case No. 3:00-cr-00171-JWS<br><br>**CONSENT TO PROCEED BEFORE THE UNITED STATES MAGISTRATE JUDGE IN EVIDENTIARY HEARING RE: VIOLATIONS OF SUPERVISED RELEASE** |

Kito Luckett consents to an evidentiary hearing on the petition to revoke supervised release at Docket No. 65 before a United States Magistrate Judge, after first having been advised by counsel of his right to such a hearing before a United States District Court Judge.

DATED at Anchorage, Alaska, this 9th day of August, 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
Alaska Bar No. 7705042
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:         907-646-3480
E-Mail:    kevin_mccoy@fd.org

<u>Certification</u>:

I certify that on August 9, 2006,
a copy of the foregoing document
was served electronically on:

Stephen Collins, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


s/Kevin F. McCoy