Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>KITO LUCKETT,<br><br>                Defendant. | Case No. 3:00-cr-00171-JWS<br><br>**MOTION ON SHORTENED TIME FOR BAIL REVIEW HEARING** |

       Kito Luckett asks this court for an order on shortened time scheduling a bail review hearing.  Mr. Luckett proposes that he be released to the 24 hour sight sound custody of Haleena Yung Hanson subject to the following conditions:

- reside at 914 East 76th Avenue, Anchorage, Alaska;

- subject to electronic monitoring;

- with a curfew from 9:00 p.m. to 7:00 a.m.;

- compliance with all extant conditions of supervised release;

- search and screen conditions for controlled substances and contraband; and

- contact with the pretrial/probation officers as directed.

The third party application form has been completed and provided to the probation service and to government.

DATED at Anchorage, Alaska this 10th day of August, 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
Alaska Bar No. 7705042
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:

I certify that on August 10, 2006,
a copy of this document, with attachments,
was served electronically on:

Stephen Collins, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and hand delivered on:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin F. McCoy