UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        vs.<br><br>KITO LUCKETT,<br><br>                Defendant. | Case No. 3:00-cr-00171-JWS<br><br>**PROPOSED ORDER** |

On consideration of the defendant's shortened time request for a bail review hearing;

It is hereby ordered that the motion is granted. A bail review hearing shall be scheduled for August ____, 2006, at the hour of _____m.

Done at Anchorage, Alaska this ____ day of August, 2006.


_____
JOHN D. ROBERTS
United States Magistrate Judge