Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:00-cr-00171-JWS |
| Plaintiff, | |
| vs. | **ENTRY OF APPEARANCE** |
| KITO JUSTUS SALIM LUCKETT, | |
| Defendant. | |

Kevin F. McCoy, Assistant Federal Public Defender for the District of Alaska, hereby enters his appearance as counsel for the Defendant KITO JUSTUS SALIM LUCKETT in the above-captioned action.

DATED at Anchorage, Alaska this 17th day of August 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:        907-646-3400
Fax:            907-646-3480
E-Mail:       kevin_mccoy@fd.org

Certification:
I certify that on August 17, 2006,
a copy of the **Notice of Appearance**
was served electronically on:

Stephan Collins, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


and a copy was hand delivered to:

Travis Lyons
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562


s/Kevin F. McCoy