## UNITED STATES DISTRICT COURT
### District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>KITO JUSTUS SALIM LUCKETT. | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br>For Offenses Committed On or After November 1, 1987<br>(Original Judgment filed 06/04/01)<br>Case Number: 3:00-cr-00171-JWS<br>Kevin McCoy<br>           Defendant's Attorney |

Defendant's probation officer filed a petition on 02/22/2006 accusing defendant of 2 violations of the conditions of supervision provided in the original judgment. Defendant admitted allegation 1 of the Petition to Revoke Supervised Release. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Mandatory | Commit another crime | 02/10/06 | A |

The court concludes that the conditions of supervision set forth in the court's original judgment are subject to  [_] modification or [X] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 3 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

August 24, 2006
Date of Disposition Hearing

**REDACTED SIGNATURE**

JOHN W. SEDWICK, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

8-24-06
Date

AO245.REV

Defendant: KITO JUSTUS SALIM LUCKETT          Amended Judgment--Page 2 of 3
Case No.:   3:00-cr-00171-JWS

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION

Defendant's supervised release [X]   probation [_]   having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 9 months.

[_]   The court makes the following recommendations to the Bureau of Prisons:


[X]   The defendant is remanded to the custody of the United States Marshal.
[_]   The defendant shall surrender to the United States Marshal for this district,
              a.m.
      [_] at _____ p.m. on _____.
[_]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
      [_] before 2 p.m. on _____.
      [_] as notified by the United States Marshal.
      [_] as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at
_____, with a certified copy of this judgment.


                                        _____
                                                United States Marshal

                                        By _____
                                                   Deputy Marshal

AO245.REV

Defendant: KITO JUSTUS SALIM LUCKETT            Amended Judgment--Page 3 of 3
Case No.:   3:00-cr-00171-JWS

**PROBATION/SUPERVISED RELEASE (MODIFIED)**

Defendant's supervised release [X] probation[_] is modified as follows:

The defendant shall participate in an anger management program to be approved by the U.S. Probation Office. Defendant to pay for all or some of that program in the event he can afford to do so.

The term of supervision is not [_] is[X] extended as follows:

Original term of supervised release continued subject to same terms and conditions.

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV